JASON WILSON
710 Lincoln Ave
Alameda, CA 94501

Plaintiff in pro per


ANDREA L. WEDDLE [250297]
Interim County Counsel
By: JILL P. SAZAMA [214215]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Email: jill.sazama@acgov.org

Attorneys for defendant COUNTY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WILSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>ALAMEDA COUNTY, DDA LAURA ANDERSON; individually and in her official capacity, DDA MICHIYE VELLA, individually and in her official capacity, and DOES 1-10,<br><br>                              Defendants. | Case No.: 26-CV-05248-WHO<br><br>**STIPULATION TO CHANGE AUGUST 12th HEARING DATES AND BRIEFING SCHEDULE FOR COUNTY MOTION TO DISMISS; ORDER PURSUANT TO STIPULATION**<br><br>Complaint filed: June 2, 2026 |

Plaintiff pro per JASON WILSON and lone served defendant COUNTY OF ALAMEDA (the "County"), through its counsel, hereby STIPULATE and agree to:

1.  Change the August 12th hearing dates for (a) the County's Motion to Dismiss, and (b) the Case Management Conference, to Wednesday September 16, 2026, at 2:00 p.m., or to such other later date(s) and time(s) as may be available for the Court; and

2.  Change the briefing schedule for the County's Motion to Dismiss, such that Plaintiff's Opposition is now due on **July 22, 2026**, and the County's Reply is due on **August 5, 2026**.

Dated:_____7/8/26_____            By:____/s/ Jason S. Wilson, Pro Se___
                                           JASON WILSON
                                           Plaintiff


Dated:_____7/8/26_____            By: ___/s/ Jill P. Sazama, Esq.____
                                           JILL P. SAZAMA
                                           Deputy County Counsel
                                           Attorneys for Defendant COUNTY OF
                                           ALAMEDA

## ORDER PURSUANT TO STIPULATION

Pursuant to the above Stipulation of the parties set forth above, the Court hereby

ORDERS as follows:

1. The new hearing date for the County's Motion to Dismiss shall be September 23,
   2026_____ and the new hearing date for the Case Management Conference shall be
   _____September 23, 2026_____.

2. Plaintiff's Opposition to the County's Motion to Dismiss is now due on July 24, 2026.
   The County's Reply in support of its Motion to Dismiss is now due on August 7,
   2026.

SO ORDERED.

DATED:July 13, 2026

By_____
       JUDGE WILLIAM H. ORRICK
       UNITED STATES DISTRICT COURT

STIPULATION TO CHANGE AUGUST 12th HEARING DATES and BRIEFING SCHEDULE FOR COUNTY
MOTION TO DISMISS; ORDER PURSUANT TO STIPULATION